IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAN BEAUGRAND, as administratrix of the Estate of Kimberle Mabry, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| USA, | ) ) |
| Defendant. | ) |

NO. 13-cv-598 JPG/DGW

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: April 28, 2014         NANCY J. ROSENSTENGEL, Clerk of Court

                              s/ Tammy McMannis, Deputy Clerk


Approved:    s/ J. Phil Gilbert
             J. PHIL GILBERT
             DISTRICT JUDGE